**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | ) | Case No. 1:16-CV-488 (TSC) |

**JOINT STATUS REPORT**

Plaintiff Republican National Committee ("Plaintiff") and Defendant U.S. Department of State ("Defendant" or "State"), by counsel and pursuant to the Court's Minute Order dated August 22, 2016, respectfully submit this Joint Status Report.

As requested by Plaintiff and ordered by this Court, State provided Plaintiff with a draft Vaughn declaration on September 14, 2016 for 33 documents responsive to FOIA request F-2015-15019. The parties have since met and conferred regarding the draft Vaughn declaration and are working towards possibly resolving this matter, but the parties need additional time. Therefore, the parties request two weeks until October 14, 2016 to either file a stipulation of dismissal or a proposed briefing schedule.

Dated: September 30, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

_/s/ Edward T. Kang__
KELLEY BARNABY
DC Bar No. 998757
EDWARD T. KANG
DC Bar No. 1011251.
Alston & Bird LLP
950 F Street, N.W.
Washington DC 20024
Tel: (202)646-5172
Kelley.barnaby@alston.com
Edward.kang@alston.com
*Counsel for Plaintiff*

/s/ Marsha Stelson Edney
MARSHA STELSON EDNEY(DC Bar #414271)
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave N.W.
Washington DC 20530
Tel: (202) 514-4520
Email: marsha.edney@usdoj.gov
*Attorneys for Defendant*