**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | ) | Case No. 1:16-CV-488 (TSC) |

# JOINT STATUS REPORT

The parties, the Republican National Committee ("Plaintiff") and Defendant U.S. Department of State ("Defendant" or "State"), by counsel hereby file this status report to inform the Court that the parties have reached a tentative settlement on the issue of attorney's fees. The parties anticipate filing a Stipulation of Dismissal once the settlement has been formally approved.

Dated: November 21, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Marsha Stelson Edney
MARSHA STELSON EDNEY(DC Bar #414271)
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave N.W.
Washington DC 20530
Tel: (202) 514-4520
Email: marsha.edney@usdoj.gov
*Attorneys for Defendant*

/s/
KELLEY BARNABY
DC Bar No. 998757
EDWARD T. KANG
DC Bar No. 1011251.
Alston & Bird LLP
950 F Street, N.W.
Washington DC 20024
Tel: (202)646-5172
Kelley.barnaby@alston.com
Edward.kang@alston.com
*Counsel for Plaintiff*