**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | ) | Case No. 1:16-CV-488 (TSC) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a) and a settlement agreement between the parties, Plaintiff Republican National Committee and Defendant United States Department of State stipulate and agree to dismissal of this action with prejudice.

Dated: December 13, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

_/s/ Brian D. Boone__
BRIAN D. BOONE
DC Bar No. 987633
EDWARD T. KANG
DC Bar No. 1011251
Alston & Bird LLP
950 F Street, N.W.
Washington DC 20024
Tel: (202)646-5172
Brian.Boone@alston.com
Edward.kang@alston.com
*Counsel for Plaintiff*

/s/ Marsha Stelson Edney
MARSHA STELSON EDNEY(DC Bar #414271)
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave N.W.
Washington DC 20530
Tel: (202) 514-4520
Email: marsha.edney@usdoj.gov
*Attorneys for Defendant*